No. 81. ENRIQUE COLLADO *v.* MANUEL NATER GIRONA, MARSHAL. Appeal from the District Court of the United States for the District of Porto Rico. Argued November 24, 1926. Decided November 29, 1926. *Per Curiam.*

Affirmed upon the authority of *Craig* v. *Hecht,* 263 U. S. 255, 277; *Goto* v. *Lane,* 265 U. S. 393, 401; *Knewel* v. *Egan,* 268 U. S. 442, 446. *Messrs. James A. O'Shea, Charles Hartzell, Alfred Goldstein,* and *Henry G. Molina* for appellant, submitted. *Mr. William C. Rigby* with whom *Messrs. George C. Butte* and *A. R. Stallings* were on the brief, for appellee.